IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-00726-WYD-PAC

MONICA BRITTON, individually and on behalf of all persons similarly situated,

    Plaintiff(s),

v.

CAR TOYS, INC.; and
BRUCE CAMERON,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**
November 1, 2005

    Upon review of the motion and finding good cause for a thirty day extension of deadlines in the scheduling order, but not finding good cause for extensions of two to five months, as requested, IT IS HEREBY

    **ORDERED** that the Joint Motion to Modify Scheduling Order, doc. #30, filed October 31, 2005, is **granted in part** and **denied in part**.  Extensions of the Scheduling Order deadlines for thirty days only will be permitted.  It is further

    **ORDERED** that counsel shall submit a **proposed order** with the extended deadlines  allowed on or before **November 11, 2005**.  It is further

    **ORDERED** that, in the future, all counsel **SHALL** provide proposed orders in accordance with the Court's Electronic Filing Procedures, Section V.L., or risk **summary denial** of the motion.  See October 4, 2005 minute order with the Court's prior instruction to file proposed orders. It is further

    **ORDERED** that  the November 9, 2005 settlement conference, which was previously continued, is **vacated**.  Counsel shall conference call the court for a settlement conference date if and when they are ready to participate in such a conference.