IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-00726-WYD-PAC

MONICA BRITTON, individually and on behalf of all persons similarly situated,

    Plaintiff(s),

v.

CAR TOYS, INC.; and
BRUCE CAMERON,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that Plaintiff's Motion to Modify Ruling on Plaintiff's Motion to Compel Discovery [filed May 31, 2006; Doc. No. 82] is **GRANTED** as follows:

    Plaintiff has until on or before **June 9, 2006**, to complete the photocopying of the Colorado personnel files.

Dated:  June 5, 2006