IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00726-WYD-PAC

MONICA BRITTON,

    Plaintiff,

v.

CAR TOYS, INC., and
BRUCE CAMERON,

    Defendants.

---

### ORDER

---

UPON Plaintiff's Second and <u>Unopposed</u> Motion to Modify Ruling on Plaintiff's Motion to Compel Discovery, the Court, being fully advised in the premises and for good cause shown, hereby:

GRANTS Plaintiff's Motion. The parties are ordered to complete the photocopying and production of the Colorado employees' personnel files on or before June 16, 2006.

DATED this 14th day of June 2006.

BY THE COURT:

S/ PATRICIA A COAN
MAGISTRATE JUDGE