IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-00726-WYD-PAC

MONICA BRITTON, individually and on behalf of all persons similarly situated,

    Plaintiff(s),

v.

CAR TOYS, INC.; and
BRUCE CAMERON,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that Plaintiff's Unopposed Motion to Clarify Ruling Setting Plaintiff's Deadline to File Motion for Class Certification [filed June 23, 2006; Doc. No. 97] is **GRANTED** as follows:

    Plaintiff's deadline to file Motion for Class Certification is **July 24, 2006.**

Dated:  June 29, 2006