IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-00726-WYD-PAC

MONICA BRITTON, individually and on behalf of all persons similarly situated,

    Plaintiff(s),

v.

CAR TOYS, INC.; and
BRUCE CAMERON,

    Defendant(s).

_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that the Unopposed Motion to Vacate and Reset Hearing on Plaintiff's Second Motion to Compel Discovery [filed August 1, 2006; Doc. No. 115] is **granted in part** as follows:

    The Motions Hearing set for August 2, 2006 is *vacated.*

Dated:  August 2, 2006