**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WILEY Y. DANIEL**

_____

Courtroom Deputy:   Robert R. Keech          Date:   October 23, 2006
E.C.R./Reporter:       Kara Spitler

_____

Civil Action No:  **05-cv-00726-WYD-PAC**          Counsel:

**MONICA BRITTON**,                                           Darold W. Killmer
                                                                          David R. Angle
             Plaintiff,                                                Mari A. Newman

v.

**CAR TOYS, INC.**,                                           Bruce C. Anderson
                                                                          Susan M. Schaecher
             Defendant.

_____

**COURTROOM MINUTES**
_____

**HEARING ON PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

**1:41 p.m.**     Court in Session

                       APPEARANCES OF COUNSEL.

                       Court's opening remarks.

                       Plaintiff's Motion to Certify Class (#113 - 7/26/06) is raised for argument.

1:43 p.m.      Argument by Plaintiff (Mr. Killmer).

1:55 p.m.      Argument by Defendant (Mr. Anderson).

2:00 p.m.      Argument by Plaintiff (Mr. Killmer).

2:32 p.m.      Argument by Defendant (Mr. Anderson).

2:50 p.m.      Argument by Plaintiff (Mr. Killmer).

-1-

Judge Wiley Y. Daniel
05-cv-00726-WYD-PAC - Courtroom Minutes

---

                        Court makes findings.

**ORDERED:**    Plaintiff's Motion to Certify Class (#113 - 7/26/06) is **TAKEN UNDER ADVISEMENT.**

**2:54 p.m.**    Court in Recess - HEARING CONCLUDED

**TOTAL TIME:  1:13**