IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-00726-WYD-PAC

MONICA BRITTON, individually and on behalf of all persons similarly situated,

    Plaintiff(s),

v.

CAR TOYS, INC.; and
BRUCE CAMERON,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that the Joint Motion to Vacate and Reset Final Pretrial Conference, filed November 30, 2006, is **GRANTED** as follows:

    The Final Pretrial Conference set for December 7, 2006 at 9:30 a.m. is *vacated and reset* to **January 30, 2007 at 9:30 a.m.**, in Courtroom A501.  The proposed Pretrial Order is due on or before **January 24, 2007.**

    In compliance with D.C.Colo. LCivR 83.2B all parties, counsel and witnesses shall have valid, current, photo identification when entering the courthouse.

Dated:  December 4, 2006