IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-726-WYD-PAC

MONICA BRITTON, individually and on behalf of all persons similarly situated,

    Plaintiff(s),

v.

CAR TOYS, INC; and
BRUCE CAMERON,

    Defendant(s).

---

## MINUTE ORDER

---

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    The Court has been advised that the parties are engaged in settlement discussions.  For docket management purposes, Defendants' Motion for Summary Judgment, filed June 15, 2006 (docket #90) is **DENIED WITHOUT PREJUDICE**.

    Dated:  March 30, 2007