IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-00726-WYD-KLM

MONICA BRITTON, individually and on behalf of all persons similarly situated,

      Plaintiff,

v.

CAR TOYS, INC; and
BRUCE CAMERON,

      Defendants.

---

## ORDER OF DISMISSAL

---

THIS MATTER is before the Court on the Joint Stipulation for Dismissal, With

Prejudice, filed by the parties on August 27, 2007 (docket #180).  Upon consideration

of the Stipulation and the file herein, it is hereby

ORDERED that the claims and causes of action asserted in this matter are

**DISMISSED WITH PREJUDICE**, each party to pay their own costs and attorney's fees.

Dated:  August 29, 2007

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge